# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JONATHAN REED (#9000077912)**

**VERSUS**

**CORRECT HEALTH, ET AL.**

**CIVIL ACTION**

**NO. 17-609-JWD-RLB**

## ORDER

On or about August 30, 2017, *pro se* plaintiff, an inmate previously confined at the East Baton Rouge Parish Prison, Baton Rouge, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 asserting a violation of his constitutional civil rights. *See* R. Doc. 1. On November 21, 2017, the Magistrate Judge issued a Report and Recommendation recommending that the plaintiff's action be dismissed as frivolous and for failure to state a claim upon which relief may be granted. The plaintiff had 14 days to file objections thereto. *See* R. Doc. 4.

A review of the record now reflects that the plaintiff has not filed any objections. Instead, a copy of the Report and Recommendation has been returned to the Court on December 4, 2017 as undeliverable, with a notation on the envelope of "RETURN TO SENDER NO LONGER AT PARISH PRISON." *See* R. Doc. 5.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the claims of the plaintiff be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 8, 2018.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**